Opinion issued February 14, 2008










In The

Court of Appeals

For The

First District of Texas






NO. 01-05-00793-CV






IN THE MATTER OF R.B.S., Appellant






On Appeal from the 314th District Court

Harris County, Texas

Trial Court Cause No. 2001-07943J






MEMORANDUM OPINION Appellant, R.B.S., has failed to timely file a brief. See Tex. R. App. P. 38.8(a)
(failure of appellant to file brief). After being notified that this appeal was subject to
dismissal, appellant did not adequately respond. See Tex. R. App. P. 42.3(b)
(allowing involuntary dismissal of case).

 We dismiss the appeal for want of prosecution for failure to timely file a brief. 
All pending motions are denied.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.